United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jesus Gonzalez, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 19-24677-Civ-Scola |
| BBG Investments of Miami, Corp. | ) |
| and 109 Burger Joint, Corp., | |
| Defendants. | |

### Order on Clerk's Default Procedure

It appears that Defendants BBG Investments of Miami, Corp. and 109 Burger Joint, Corp. have failed to timely respond to the complaint. In order to resolve this case justly, swiftly, and economically the Court **orders** the Plaintiff to submit a *Motion for Entry of Clerk's Default* by **December 17, 2019**, consistent with Federal Rule of Civil Procedure 55(a). The motion *must* include a certificate of service indicating that the Plaintiff sent it to the Defendant(s), including the address(es) it was mailed to.

Alternatively, if the Plaintiff no longer wishes to prosecute this action, or has otherwise settled the matter, the Plaintiff must immediately file a *Notice of Voluntary Dismissal* in keeping with Federal Rule of Civil Procedure 41(a)(1)(A)(i). This option is not available to FLSA Plaintiffs. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982) (explaining that in an action brought pursuant to the Fair Labor Standards Act, the court must scrutinize the settlement agreement for fairness).

If the Clerk enters a default and the Defendant fails to move to set aside the default, or fails to otherwise respond to this lawsuit, the Plaintiff must promptly seek a default judgment, consistent with Federal Rule of Civil Procedure 55(b). If the Plaintiff fails to timely seek a Clerk's default or a default judgment, the Court may dismiss this action, without prejudice, for failure to prosecute.

The Court directs the Clerk to **mail copies of this order** to any Defendant who has not appeared at the address(es) listed below.

**Done and ordered** in chambers at Miami, Florida on December 10, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*

BBG Investments of Miami Corp.
10544 NW 26 Street, E-102
Doral, FL 33172

109 Burger Joint Corp.
646 SW 109th Ave.
Miami, FL 33174