FILED BY PG D.C.

JAN 09 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19CV24677

JESUS GONZALEZ,

    Plaintiff,

Vs.

BBG INVESTMENTS OF MIAMI, CORP.,
and 109 BURGER JOINT CORP.

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW the Defendant, 109 BURGER JOINT CORP., by and through its Principal, LUIS BLANCO and files this Notice of Appearance and states that the Defendant is unable to afford the services of an Attorney.

Dated: January 03, 2020

Respectfully submitted,

_____
LUIS BLANCO, President
109 BURGER JOINT CORP.

## CERTIFICATE OF SERVICE

A copy of this document was mailed to attorney Hector Ramirez, c/o Nolan Klein, P.A. 5550 Glades Rd., Suite 500, Boca Raton, FL 33431.

_____
LUIS BLANCO, President
109 BURGER JOINT CORP.






$6.85
R2305K135544-06
AMOUNT
JAN 07 20
33184
MIAMI, FL
FCM LETTER
U.S. POSTAGE PAID

33128

1020
UNITED STATES POSTAL SERVICE

JAN 09 2020
12:23 PM



7019 0700 0000 2890 7077

109 Burger Joint, Corp
646 SW 109 Ave
Miami FL, 33174

Clerk of Court
Wilkie D. Ferguson
Jr. U.S. Courthouse
400 North Miami Avenue
Miami FL, 33128

RECEIVED

USMS
INSPECTED